JUAN MARI RAMOS, apelante, *v.* LA JUNTA DE PLANIFICACIÓN, URBANIZACIÓN Y ZONIFICACIÓN DE PUERTO RICO, querellada.

Núm. 3.—*Sometido:* Junio 10, 1946. *Resuelto:* Junio 28, 1946.

*José Sabater,* abogado del apelante; *Ciro Malatrasi, Jr.,* y *Rafael R. Fuertes,* abogados de la querellada.

EL JUEZ ASOCIADO SEÑOR DE JESÚS emitió la opinión del tribunal.

Se trata en este caso de determinar si este Tribunal tiene jurisdicción para conocer de un recurso de revisión instado contra una resolución de la Junta de Planificación, Urbanización y Zonificación de Puerto Rico, imponiendo ciertas condiciones para la aprobación final de una solicitud de lotificación.

El 26 de febrero de 1946 Juan Mari Ramos presentó ante la Junta una declaración de intención de lotificar, recayendo resolución el 3 de abril siguiente. No se solicitó ante la

Junta la revisión o reconsideración de su resolución, instándose el presente recurso el 18 de abril de 1946. La Junta ha solicitado la desestimación de este recurso, fundándose en no haberse solicitado previamente ante ella la reconsideración de su resolución.

La ley aplicable, a este caso es la sección 26 de la Ley núm. 155 de 14 de mayo de 1943 (pág. 489)[1] que en lo pertinente prescribe:

"Cualquier parte interesada en la aprobación, denegación y desaprobación de un plano de lotificación, . . . contra la cual una petición de revisión haya sido presentada y sobre la misma haya rendido opinión la Junta de Planificación, Urbanización y Zonificación de Puerto Rico o la Junta de Apelaciones de Planificación, Urbanización y Zonificación, según sea el caso, podrá presentar, dentro del término de quince (15) días con posterioridad a la notificación de la misma, copias certificadas de cualesquiera tales decisiones o acciones para su revisión ante la Corte Suprema de Puerto Rico; Disponiéndose, que dicha revisión ante la Corte Suprema podrá concederse solamente sobre cuestiones de derecho."

Exigiendo la ley que como condición previa a la interposición del recurso de revisión ante este Tribunal se solicite de la Junta de Planificación, Urbanización y Zonificación la reconsideración, y no habiéndose cumplido ese trámite, carecemos de jurisdicción para conocer de este recurso y por lo tanto procede su desestimación.

[1]La sección 26 fué enmendada por la Ley núm. 429 de 23 de abril de 1946 ((1) pág. 1219), subsistiendo el requisito de la previa reconsideración.